# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**  
ADC #114018                                              PLAINTIFF

v.                       No. 3:19-cv-92-DPM

**RICHARD RHODES**, Public                              DEFENDANT
Defender, Craighead County

## ORDER

Motion for leave to proceed *in forma pauperis* on appeal, № 16, denied. The Court certified that an *in forma pauperis* appeal would not be taken in good faith. № 9.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

24 July 2019